**Appeal Dismissed and Memorandum Opinion filed July 28, 2022.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-22-00460-CR**
**NO. 14-22-00461-CR**

---

**JOHN VAN TRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1714181 and 1712142**

---

## MEMORANDUM OPINION

Appellant entered a guilty plea to the offense evading arrest/detention with a vehicle. In exchange for appellant's waiver of his right to appeal, the State consented to appellant's waiver of his right to jury trial. It has been held that such a waiver is valid. *See Jones v. State*, 488 S.W.3d 801, 807–08 (Tex. Crim. App. 2016); *Ex parte Broadway*, 301 S.W.3d 694, 699 (Tex. Crim. App. 2009).

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and appellant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

On July 15, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b)